AO 450 Judgment in a Civil Case

# United States District Court

## SOUTHERN DISTRICT OF CALIFORNIA

Off-Road Business Association, San Diego Off-Road
Coalition, California Off Road Vehicle Association,
American Motorcycle Association District 37, The
Desert Vipers

### V.

United States Department of the Interior, Gale
Norton, Bureau of Land Management, United States
Fish and Wildlife Service

**JUDGMENT IN A CIVIL CASE**

**CASE NUMBER:**    03cv1199-B (POR)

☐  **Jury Verdict.**  This action came before the Court for a trial by jury.  The issues have been tried
and the jury has rendered its verdict.

☒  **Decision by Court.**  This action came to trial or hearing before the Court.  The issues have been
tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED

that defendants' motion for summary judgment is granted and that plaintiffs' motion for summary judgment
is denied. . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . . .. .. . . . . . . . . . . . . . . . . . . . . . .
. . . . . . . . . . .. . .. .. ..  . . . . .. . .. .. . . . . . . . . . . . . . . .

| December 18, 2006 | W. Samuel Hamrick, Jr. |
|---|---|
| Date | Clerk |

/s/   M.Marner

(By) Deputy Clerk

ENTERED ON December 18, 2006